UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARCY HARPER,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. SINGH,<br><br>    Defendant. | No. 2:25-cv-2602 CSK P<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se. Plaintiff's claim two against defendant Dr. Singh was severed from plaintiff's prior civil rights action. (ECF No. 2 at 2.) Defendant Dr. Singh is ordered to file a responsive pleading to plaintiff's claim two within thirty days from the date of this order.

Accordingly, IT IS HEREBY ORDERED that defendant Dr. Singh is ordered to file a responsive pleading to plaintiff's claim two within thirty days from the date of this order.

Dated: September 15, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/harp2602.resp

1