IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARCY HARPER,** | Case No. 2:25-cv-2602 CSK P |
| Plaintiff, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **DR. SINGH,** | |
| Defendant. | |

    Plaintiff is a former state prisoner proceeding pro se with a civil rights complaint under 42 U.S.C. § 1983.  On December 5, 2025, defendant filed a motion to opt out of the referral to the Court's Post-Screening Early ADR ("Alternative Dispute Resolution").  (ECF No. 8.)  After reviewing defendant's motion, and good cause appearing, defendant's motion is granted.  The stay of this action is lifted.  Defendant filed an answer on October 15, 2025.  (ECF No. 6.)  By separate order, the Court will address discovery and scheduling deadlines.

    Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to opt out (ECF No. 8) is granted.

2. The Court's stay of this action (ECF No. 7) is lifted.

Dated:  December 10, 2025

/1/harp2602.opt

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE